**No. 10-6263. Terrick Terrell Nooner, et al., Petitioners v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1031, 131 S. Ct. 569, 178 L. Ed. 2d 417, 2010 U.S. LEXIS 8714.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 594 F.3d 592.

**No. 10-6267. Connie Marshall, Petitioner v. Jerry Bowles, et al.**

562 U.S. 1031, 131 S. Ct. 569, 178 L. Ed. 2d 417, 2010 U.S. LEXIS 8681.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6273. Joshua Todd Woolridge, Petitioner v. F. Gonzales, Warden.**

562 U.S. 1031, 131 S. Ct. 569, 178 L. Ed. 2d 417, 2010 U.S. LEXIS 8712.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6274. Max Charles Bradfield, Petitioner v. Correctional Medical Services, Inc., et al.**

562 U.S. 1031, 131 S. Ct. 570, 178 L. Ed. 2d 417, 2010 U.S. LEXIS 8674.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6277. Billy Thomas Pearson, Petitioner v. Joel Herron, Correctional Administrator, Scotland Correctional Institution.**

562 U.S. 1031, 131 S. Ct. 570, 178 L. Ed. 2d 417, 2010 U.S. LEXIS 8747.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 381 Fed. Appx. 288.

**No. 10-6280. Maureen Miller, Petitioner v. City of New York, New York.**

562 U.S. 1031, 131 S. Ct. 570, 178 L. Ed. 2d 417, 2010 U.S. LEXIS 8678.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-6281. Renna Ostoposides, Petitioner v. Donald Bunting, et al.**

562 U.S. 1031, 131 S. Ct. 570, 178 L. Ed. 2d 417, 2010 U.S. LEXIS 8766.

November 8, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-6286. Gregory P. Lawler, Petitioner v. Hilton Hall, Warden.**

562 U.S. 1031, 131 S. Ct. 570, 178 L. Ed. 2d 417, 2010 U.S. LEXIS 8708.

November 8, 2010. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.

**No. 10-6292. Jesus Lua, Petitioner v. Michael Martel, Warden.**

562 U.S. 1031, 131 S. Ct. 570, 178 L. Ed. 2d 417, 2010 U.S. LEXIS 8756.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 872.